**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8032**

---

MARK E. RICHARDS,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-01-225)

---

Submitted:  February 14, 2002      Decided:  February 27, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Mark E. Richards, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark E. Richards appeals the magistrate judge's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).[*] We have reviewed the record and the magistrate judge's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Richards v. Angelone, CA-01-225 (E.D. Va. Nov. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2001).